E. Robert Spear (8672)
LAW OFFICE OF ROBERT SPEAR
3654 North Rancho Drive
Las Vegas, Nevada 89130
Telephone: (702) 750-0571
Facsimile: (702) 750-0572
email: rspear@spearlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN S. ROOD, an individual, | Case No.: 2:12-cv-00893-LRH-RJJ |
| Plaintiff, | |
| v. | **MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT ON DON FOSTER SCOGGINS AND ARTHUR F NELSON** |
| ARTHUR F. NELSON, an individual; DON FOSTER SCROGGINS, an individual; JACK P. GILLESPIE, an individual; APPRAISERS OF LAS VEGAS, a Nevada corporation; DOES 1 through 5, and ROE CORPORATIONS 1 through 5, | |
| Defendants. | |

Plaintiff Martin S. Rood through his counsel the Law Office of Robert Spear moves this Court for an extension of time in which to serve Defendants Arthur F. Nelson and Don Foster Scoggins. Plaintiff requests an additional ninety (90) days in addition to the one hundred twenty days provided by Fed. R. of Civ. Proc. 4(m), or until December 21, 2012, to serve Defendants Don Foster Scoggins and Arthur F. Nelson. Plaintiff moves this Court pursuant to Federal Rule of Civil Procedure 4(m) based upon the facts set forth in the points and authorities

/ / /

/ / /

/ / /

1  below, the pleadings and papers on file herein, and based upon any arguments of counsel that
2  this Court may choose to entertain should this Court wish to set this motion for hearing.
3       Dated this  28th  day of August, 2012.
4
5
6                            /s/ E. Robert Spear
                    E. Robert Spear (8672)
7                      LAW OFFICE OF ROBERT SPEAR
                    3654 North Rancho Drive
8                      Las Vegas, Nevada 89130
9                      *Attorneys for Plaintiff*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

# POINTS AND AUTHORITIES

**1.  FACTUAL BACKGROUND.**

Plaintiff Martin S. Rood filed his complaint in this action on May 25, 2012.  Since that date, Plaintiff has attempted to serve each of the Defendants in this action.  To date, undersigned counsel has through various means obtained service of the summons and complaint on Defendant Jack P. Gillespie and on Defendant Appraisers of Las Vegas (by means of service through the Nevada Secretary of State Office).

Plaintiff has sought to serve the summons and complaint on Defendants Arthur F. Nelson and Don Foster Scoggins, but has not as yet obtained service on these individuals.  Plaintiff's undersigned counsel has searched for these individuals by searching through the Nevada Secretary of State's office records, by searching through the Nevada Real Estate Division records and by contacting the Division, by contacting the Appraisal Institute's local chapter president, by contacting the individual who purchased Mr. Scoggins business operations, by contacting Mr. Scoggins' insurance carrier (which has denied Mr. Scoggins is insured despite Plaintiff's possession of Mr. Scoggins' insurance declaration page), by asking Mr. Gillespie through counsel if he has knowledge of his co-defendants' current locations, and by conducting various searches including skip traces using online services through Lexis.com.  As to Defendant Don Foster Scoggins, Plaintiff has sought for Mr. Scoggins in various locations, including in Las Vegas, Nevada.  Plaintiff has even heard that Mr. Scoggins may have been in Africa serving a mission for his church.  Plaintiff believes he <u>may</u> have found Defendant Don Foster Scoggins in Atlanta, Georgia and has sent the summons and complaint out for service to that location.  Plaintiff has also learned that Mr. Scoggins may have used or may currently be using one or more different names.

Plaintiff has also sought for the location of Arthur F. Nelson in Las Vegas, Nevada and other locations and believes he <u>may</u> have found Mr. Nelson in Newport Beach, California. However, Plaintiff has also recently learned that Mr. Nelson may have passed away since the events underlying the complaint took place.

The date for service of process has not yet passed. One hundred twenty days from the date of filing the complaint is September 22, 2012.

**2. LEGAL ARGUMENTS.**

Federal Rule of Civil Procedure 4(m) governs extensions of time for service of the summons and complaint in a case. This rule states in pertinent part as follows:

> (m) Time Limit for Service. If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period....[1]

"When entertaining a motion to extend time for service, the district court must proceed in the following manner. First, the district court should determine whether good cause exists for an extension of time. If good cause is present, the district court must extend time for service and the inquiry is ended."[2]

Here, Plaintiff believes he has shown good cause for his failure to serve Defendants Don Foster Scoggins and Arthur F. Nelson. Plaintiff and undersigned counsel have diligently sought to find these two individuals as described in this motion. Despite these efforts, Plaintiff has yet

---

[1] *See* Fed. R. of Civ. Proc. 4(m).

[2] *See Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298, 1305 (3d Cir. Pa. 1995).

4

to serve these two Defendants. Even though the date for service of the summons and complaint will not pass until September 22, 2012, Plaintiff has filed this motion out of an abundance of caution in light of the difficulty Plaintiff has had locating these individuals. Plaintiff may also need time to substitute a new Defendant into this action, the estate of Mr. Nelson, prior to proceeding. Accordingly, Plaintiff requests an additional ninety (90) days in addition to the one hundred twenty days provided by Fed. R. of Civ. Proc. 4(m), or until December 21, 2012.

**3.      CONCLUSION.**

Based upon the foregoing, Plaintiff requests an additional ninety (90) days in addition to the one hundred twenty days provided by Fed. R. of Civ. Proc. 4(m), or until December 21, 2012, to serve Defendants Don Foster Scoggins and Arthur F. Nelson.

Dated this  28th  day of August, 2012.

                                                /s/ E. Robert Spear
                                          E. Robert Spear (8672)
                                          LAW OFFICE OF ROBERT SPEAR
                                          3654 North Rancho Drive
                                          Las Vegas, Nevada 89130

                                          *Attorneys for Plaintiff Martin S. Rood*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  August 29, 2012

5

CERTIFICATE OF SERVICE

Pursuant to FRCP, I certify that I am an employee of LAW OFFICE OF ROBERT SPEAR, and that on this __28th__ day of August, 2012, I caused the above and foregoing document entitled: **MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT ON DON FOSTER SCOGGINS AND ARTHUR F NELSON** to be served as follows:

[ X ]   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

[ ]   by facsimile transmission to the facsimile number(s) shown below and in the confirmation sheet filed herewith; and/or

[ ]    to be hand-delivered;  to the attorneys listed below at the address and/or facsimile number indicated below:

S. Don Bennion, Jr., Esq.
DURHAM JONES & PINEGAR, PC
10785 W. Twain Avenue, Suite 200
Las Vegas, NV 89135

*Attorneys for Defendant Jack P. Gillespie*

                                                  /s/ Sean A. Waugh
                                                  An employee of Law Office of Robert Spear