SUBT
S. DON BENNION
Nevada Bar No. 4530
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
dbennion@blacklobellolaw.com
T-(702) 869-8801
F-(702) 869-2669
*Attorneys for Jack P. Gillespie*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN S. ROOD, an individual,<br><br>Plaintiffs<br><br>v.<br><br>ARTHUR F. NELSON, an individual; DON FOSTER SCOGGINS a/k/a DONALD F. SCOGGINS, DON S. SCOGGINS, and DON M. FOSTER, an individual; JACK P. GILLESPIE, an individual; APPRAISERS OF LAS VEGAS, a Nevada corporation; DOES 1 through 5, and ROE CORPORATIONS 1 through 5,<br><br>Defendants. | Case No.:  2:12-cv-00893 |

## SUBSTITUTION OF ATTORNEY

S. Don Bennion, Esq. of the law firm of BLACK & LOBELLO, is hereby substituted as attorney of record for JACK P. GILLESPIE, Defendant, in the above-entitled action, in place of and stead of DURHAM JONES & PINEGAR.

Dated this _24TH_ day of October, 2012.

_____
JACK P. GILLESPIE

///
////
////

Page 1

Durham Jones & Pinegar hereby consents to the above and foregoing substitution.

Dated this 24th day of October, 2012.

DURHAM JONES & PINEGAR

#3178

PHILLIP VAN ALSTYNE, ESQ.
10785 W. Twain Ave., Ste 200
Las Vegas, NV 89135
T-(702) 870-6060
F-(702) 870-6090

Black & LoBello accept the above and foregoing substitution as attorneys for the Defendants.

Dated this 24th day of October, 2012.

BLACK & LOBELLO

S. DON BENNION
Nevada Bar No. 4530
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
T-(702) 869-8801
F-(702) 869-2669

XX  RETAINED

___ APPOINTED BY THE COURT

APPROVED:

DATED this 29th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE