UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTIN S. ROOD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ARTHUR F. NELSON, et al.,<br><br>　　　　　　Defendants. | 2:12-cv-893-GMN-NJK<br><br>**O R D E R** |

　　　This matter is before the court on the Motion to Withdraw as Counsel for Plaintiff Martin S. Rood, Docket No. 42, filed August 22, 2013. E. Robert Spear, Esq., ("Counsel") seeks to withdraw as counsel of record for Plaintiff Martin S. Rood. The Motion represents that the counsel has obtained a new position in Phoenix, Arizona and has been asked to start his new position on August 30, 2013. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." There is no trial date in this matter and no party has filed an opposition to the Motion to Withdraw or indicated that the withdrawal will be the cause of any delay. Although Plaintiff has simultaneously filed a motion to extend discovery, he represents that this withdrawal of counsel is not the sole cause of the requested extension.

...

...

...

...

...

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (#42) is GRANTED.
2. Plaintiff shall have until **September 23, 2013,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will be proceeding *pro se.*
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.
4. The Clerk of Court shall serve a copy of this Order on Plaintiff Martin S. Rood at:

   15562 Lakeshore Blvd. NE
   Lake Forest Park, WA 98155

Dated August 23, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge

2